JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GUTIERREZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>NABORS COMPLETION & PRODUCTION SERVICES CO., a Delaware corporation, now known as C&J Well Services, Inc.,<br><br>　　　　　Respondent. | Case No.: 2:21-cv-08435 DDP(JPRx)<br><br>District Judge: Dean D. Pregerson<br>Magistrate Judge: Jean P. Rosenbluth<br><br>**JUDGMENT** |

　　　WHEREAS, on April 2, 2015 two former employees of Respondent NABORS COMPLETION & PRODUCTION SERVICES CO n/k/a C&J WELL SERVICES, INC. ("NABORS"), Brandyn Ridgeway ("Ridgeway") and Tim Smith ("Smith"), filed a putative class action alleging, among other things, claims under Labor Code §1194(a) and 1771 for failure to pay the minimum prevailing wage and overtime, under Labor Code §226(e) for failure to provide accurate itemized wage statements under Labor Code

§226(a), and for related interest and penalties, as well as attorneys' fees and costs, (CACD Case No. 2:15−cv−03436−DDP−VBKx; "Ridgeway class action");

WHEREAS, on June 29, 2015 NABORS brought a motion to compel arbitration of Ridgeway and Smith's individual claims pursuant to 9 U.SC. §2, the Federal Arbitration Act ("FAA") and a written arbitration agreement that included a class action waiver;

WHEREAS, on October 13, 2015 this Court denied NABORS' motion to compel arbitration, finding the arbitration agreement unenforceable;

WHEREAS, NABORS timely appealed the denial of its motion to compel arbitration;

WHEREAS, on February 13, 2018 the Ninth Circuit Court of Appeal issued a Memorandum which reversed the Court's order denying the motion and remanded with instructions;

WHEREAS, on March 30, 2018, Petitioner David Gutierrez ("Gutierrez"), a putative class member in the Ridgeway class action, commenced an individual arbitration at JAMS;

WHEREAS, Gutierrez's individual claims were adjudicated by JAMS Arbitrator Hon. Franz E. Miller (Ret.) resulting in a Final Arbitration Award issued October 18, 2021, in favor of Gutierrez;

WHEREAS, on October 25, 2021, Gutierrez filed the instant Petition to Confirm Final Arbitration Award, For Further Attorneys' Fees and Costs, and to Enter Judgment Against Nabors; Nabors appeared, filed an answer and filed a crossclaim to vacate the Final Award;

WHEREAS, on March 7, 2022 the Court granted Gutierrez motion and confirmed the JAMS Interim Arbitration Award, issued on June 10, 2021, and Final Award, issued on October 18, 2021, in Gutierrez's Arbitration JAMS Case No. 1220058932 and denied NABORS' request to vacate the award.

THEREFORE, IT IS ADJUDGED THAT:

Petitioner DAVID GUTIERREZ shall recover against Respondent NABORS COMPLETION & PRODUCTION SERVICES CO n/k/a C&J WELL SERVICES, INC. ("NABORS") in the following amounts:

Wages in the amount of $148,245.75;

Statutory interest in the amount of $106,303.00 and continuing from June 10, 2021 in the amount of $40.62 per day from June 11, 2021;

Attorneys' fees in the amount of $315,516.00 in attorneys' fees and costs in the amount of $11,516.00 as awarded by the Arbitrator; and,

Additional post-arbitration attorneys' fees in the amount of $8,250.00 and $400 in costs awarded by this Court.

DATED:     March 16, 2022     _____

DEAN D. PREGERSON

UNITED STATES DISTRICT JUDGE